

**TRADEBE**

August 11, 2021

<u>Letter sent via regular US Mail and next day express mail</u>

Mr. Kevin Thomas
1819 Vicksburg Dr
Southaven, MS  38671

Dear Kevin:

To date, you have been absence from work since August 2, 2021. You stated you would be using vacation days for the week of August 2nd, any future days will not be paid.  We currently have little or no information regarding your ability to return to work.  FMLA is available to you and you will need to contact Cigna Leave Services as soon as possible at 888.842.4462 to get your claim processed. We will also consider providing you a reasonable accommodation should one be necessary, whether it is further unpaid leave or some other accommodation, and we wish to speak with you to discuss potential accommodations.

You will need to provide us with medical documentation from a health care provider detailing the reasons you are unable to work and your expected return to work date.  You will not be approved until you have submitted the appropriate medical documentation.

When you return to work you will also need to provide an "ok to return to work notification" from your physician and have them list any accommodations that may be needed.

While your leave is in pending status, the attendance policy still applies and you are required to call your manager to report your absences-prior to the start of your shift.  Proper Notification is still required for each day absent.

**Failure to report your absences is considered a no-call, no-show.  Two consecutive no-call, no shows is considered job abandonment according to our company policy.**

- To date you have failed to report your absences for August 9 and August 11, 2021.
- If we do not hear from you before close of business on **August 13, 2021** we will terminate your employment for job abandonment.

**Below is a recap events and requests to-date:**

- You texted August 2, 2021 stating you needed to be off that week due to starting a divorce and needed to get with lawyers. You did reach out to me and stated you would be using vacation for the week of August 2nd – which I said would be fine.
- On August 6th I received a text stating you needed help in getting rehab and insurance information. I spoke with your son and provided the contacts for EAP, FMLA and medical insurance.
- When you did not report to work for the week of August 9th, I tried contacting you on August 10th and 11th and was unable to leave a voicemail. I sent a text to both numbers you have contacted me from as well.

**Your absences are currently unexcused until the appropriate documentation is received. We cannot approve any additional vacation hours for you because vacation time has to be pre-approved by your direct supervisor.**

Should you have any questions or concerns, please do not hesitate to contact me.

*The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.*

Sincerely,

*Kimberley Doerner*

Human Resources Business Partner
Mobile: 251.288.8281
Email: kim.doerner@tradebe.com

Tradebe Treatment and Recycling, LLC

S SUBURBAN IL 604
11 AUG 2021 PM 5 L

Kevin Thomas
1819 Vicksburg Drive
Southaven, MS 38671

TRADEBE