

**TRADEBE**

August 24, 2021

Mr. Kevin Thomas
1819 Vicksburg Dr
Southaven, MS  38671

Letter sent via Next Day Express and U S Mail

Dear Kevin,

Concerns were brought to our attention regarding your conduct at work and an investigation was conducted. The investigation confirmed the following:
- Excessive time while on the job searching the internet for non-work-related items and watching movies;
- Not holding team members accountable thereby creating a negative impact on employee moral;
- Despite being asked on three occasions, not following and completing Family Medical Leave Act (FMLA) procedures for your own health issues, resulting in each of your FMLA claims being denied

As a result, the Company has made the decision to end your employment effective August 25, 2021.

We wish you the best in your future endeavors.

Sincerely,

*Kim Doerner*

Kim Doerner
Human Resources Business Partner

TRADEBE ENVIRONMENTAL SERVICES, LLC
1433 E 83rd Ave, Suite 200, 46410, Merrillville, IN, United States (800) 388-72421301  www.tradebeusa.com